UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                Plaintiff,                **CERTIFICATE OF SERVICE**

-against-                          Civil Case No.: 1:21-CV-00890
                                                                (BKS/DJS)

GRACE BAPTIST CHURCH,

                Defendant.

---

    I, CARMELA S. AVELLINO, hereby certify under penalty of perjury that I electronically filed and served a copy of an **Appearance of Counsel of Diane Lufkin Schilling, Esq.** upon the following parties **Via Electronic Filing** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing on October 28, 2021:

TO:    FORESTER HAYNIE PLLC
         Ashley Pileika, Esq. (New York Bar Roll No. 974605)
         *Attorneys for Plaintiff*
         400 North Saint Paul St., Suite 700
         Dallas, TX 75201
         E-Mail: apileika@foresterhaynie.com

         THE LAW OFFICES OF FREDERICK W. NESSLER & ASSOCIATES, PLLC
         Thomas J. Nessler, Esq. (Florida Bar Roll No. 1005206)
         *Pro Hac Vice Attorney for Plaintiff*
         1600 West Bay Drive
         Largo, FL 33770
         E-Mail: tjnessler@nesslerlaw.com

    I certify that the foregoing is true and correct.

                                                                     CARMELA S. AVELLINO