AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GRACE BAPTIST CHURCH
was received by me on *(date)* 10/8/21 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* John Koletas , who is
designated by law to accept service of process on behalf of *(name of organization)* GRACE BAPTIST
Church 612 4th Ave Troy NY on *(date)* 10/13/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/15/21

*Laurie A. Whitman*
Server's signature

Laurie Whitman
Printed name and title

352 Lobdar RD Laporville
NY 12211
Server's address

Additional information regarding attempted service, etc:
Attempts were made on 10/8/21 at 1:23 pm
at 612 4th Ave Troy and on 10/8/21 at 2:30pm at
850 Green Hollow RD Petersburg NY

# UNITED STATES DISTRICT COURT
for the

JANE DOE )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-00890-BKS-DJS
GRACE BAPTIST CHURCH )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GRACE BAPTIST CHURCH
BY AND THROUGH THE CORPORATION
612 4th Ave, Troy, NY 12182

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THOMAS J. NESSLER, ESQ.
FREDERICK W. NESSLER & ASSOCIATES
1600 W. BAY DRIVE
LARGO, FLORIDA 33770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date: 10-08-2021

G.Demyttenaere
*Signature of Clerk or Deputy Clerk*